JOHN R. MARVIN AND GRACE FIELD MARVIN, PROSECU-
TORS, v. BOARD OF ADJUSTMENT OF THE TOWN OF
WESTFIELD, NEW JERSEY, RESPONDENTS.

Decided June 18, 1927.

**Zonings—Two-family House—Case Within Hendy v. Ackerman,
5 N. J. Adv. R. 600.**

On *certiorari*.

Before Justice KALISCH (by consent).

For the prosecutors, *Earl A. Merrill.*

For the respondents, *Paul Q. Oliver.*

MEMORANDUM.

The proceedings of the board of adjustment of the town
of Westfield, denying the petition of appeal of the prosecu-
tors from the refusal of the building inspector of the town
of Westfield to grant a permit for the erection of a two-family
residence by the prosecutors are hereby set aside, with costs.
The facts of this case fall within the ruling of the Supreme
Court in *Hendy* v. *Ackerman, 5 N. J. Adv. R.* 600, where,
under a like state of facts, the action of the board was set
aside.  The cited case is controlling.